PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** James Robinson      **Docket Number:** 09-00734-001
     **PACTS Number:** 9925

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/25/2010

**Original Offense:** CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH ACCESS DEVICES, 18 U.S.C. § 1029(b)(2)

**Original Sentence:** 42 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 10-05-11

**Assistant U.S. Attorney:** Andre Espinosa, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Chester Keller, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On April 16, 2012, Jersey City Police Officers acting on a domestic violence complaint, arrested James Robinson and charged him with simple assault against Sharone Marshall, his live-in girlfriend. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 4/27/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

4/30/12

Signature of Judicial Officer